Olu K. Orange, Esq., SBN: 213653
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Tel: (213) 736-9900 / Fax: (213) 406-1250
Email: oluorange@att.net

*Attorney for Plaintiff*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CARTER,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, ET AL.<br><br>   Defendants. | Case No. CV14-06985 FMO (MANx)<br><br>*Hon. Fernando M. Olguin*<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Good cause appearing to the Court, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a), each party to bear their own fees and costs.

DATED: March 12, 2015         HON. FERNANDO M. OLGUIN

_____/s/_____
UNITED STATES DISTRICT JUDGE

-1-
ORDER TO DISMISS ENTIRE ACTION